# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| John C. Grimberg Co., Inc. | ) | ASBCA No. 60142 |
| | ) | |
| Under Contract No. N40080-10-D-0492 | ) | |

APPEARANCE FOR THE APPELLANT: Joseph H. Kasimer, Esq.
Kasimer Pierce & Schaecher PC
Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Matthew D. Bordelon, Esq.
Trial Attorney

## DISMISSAL OF APPEAL WITH PREJUDICE

Appellant has moved to dismiss this appeal, with prejudice, due to a settlement that it reached with the government. This is consistent with a 30 September 2016 filing with the Board explaining that the matter had settled and that a motion to dismiss would be filed shortly. Accordingly, this appeal is dismissed with prejudice.

Dated: 18 October 2016

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60142, Appeal of John C. Grimberg Co., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals